## INMATE ACCOUNT STATEMENT

TO:     Inmate Name: D A V i S        D A R N E Y        A          0 6 - 7 0 9
                        (Last)              (First)        (M.I.)

        SBI Number: 0 0 1 8 2 7 1 3                                    F I L E D

        Housing Unit: M e d - A

                                                                    NOV 2 4 2006
FR:     Inmate Account Technician

DA:                                                                U.S. DISTRICT COURT
                                                                   DISTRICT OF DELAWARE

RE:     Summary Of Account
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of 05-01 , 2006
through  10-30 , 2006.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $  8.28  .

Attachment

Phyllis Redden

Notary

PHYLLIS REDDEN
Notary Public  State of Delaware
My Commission Expires October 31, 2007

## REQUEST FORM
## FOR
## INMATE ACCOUNT  ACTIVITY STATEMENT

Inmate Name: _Davis_ _Darnell_ _A_     SBI Number: _00182713_
      (Last)     (First)   (M.I.)

Housing Unit: _Med - A_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Darnell A. Davis_     _Judith Ann Lederman_
Inmate Signature                                     Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: **RECEIVED**
~~SCI Business Office~~

NOV 0 3 2006

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 5/1/2006 through 10/30/2006*

*SBI: 00182713*        *NAME:    DAVIS, DARNELL A*

| Date | Balance |
|------|---------|
| 05/01/2006 | $50.00 |
| 05/02/2006 | $50.00 |
| 05/03/2006 | $50.00 |
| 05/04/2006 | $50.00 |
| 05/05/2006 | $50.00 |
| 05/06/2006 | $50.00 |
| 05/07/2006 | $50.00 |
| 05/08/2006 | $50.00 |
| 05/09/2006 | $50.00 |
| 05/10/2006 | $50.00 |
| 05/11/2006 | $50.00 |
| 05/12/2006 | $50.00 |
| 05/13/2006 | $50.00 |
| 05/14/2006 | $50.00 |
| 05/15/2006 | $46.00 |
| 05/16/2006 | ($3.68) |
| 05/17/2006 | ($3.68) |
| 05/18/2006 | ($3.68) |
| 05/19/2006 | ($3.68) |
| 05/20/2006 | ($3.68) |
| 05/21/2006 | ($3.68) |
| 05/22/2006 | ($3.68) |
| 05/23/2006 | ($3.68) |
| 05/24/2006 | ($3.68) |
| 05/25/2006 | ($3.68) |
| 05/26/2006 | ($3.68) |
| 05/27/2006 | ($3.68) |
| 05/28/2006 | ($3.68) |
| 05/29/2006 | ($3.68) |
| 05/30/2006 | ($3.68) |
| 05/31/2006 | ($3.68) |
| 06/01/2006 | $22.32 |
| 06/02/2006 | $22.32 |
| 06/03/2006 | $22.32 |
| 06/04/2006 | $22.32 |
| 06/05/2006 | $22.32 |
| 06/06/2006 | $22.32 |
| 06/07/2006 | $22.32 |
| 06/08/2006 | $22.32 |
| 06/09/2006 | $22.32 |
| 06/10/2006 | $22.32 |
| 06/11/2006 | $22.32 |
| 06/12/2006 | $22.32 |
| 06/13/2006 | $0.51 |
| 06/14/2006 | $0.51 |
| 06/15/2006 | $0.51 |
| 06/16/2006 | $0.51 |
| 06/17/2006 | $0.51 |

# Prior Month -- Individual Statement

Date Printed: 11/3/2006

Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $50.00 |
|-----|-----------|------------|----|--------|------------------|--|--------|
| 00182713 | DAVIS | DARNELL | A | | | | |
| **Current Location:** | MEDIUM A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Medical | | 5/15/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | $50.00 |
| Medical | | 5/15/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | $46.00 |
| Commissary | | 5/16/2006 | ($49.68) | $0.00 | $0.00 | $0.00 | ($3.68) |
| Medical No Sh | | 5/30/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | ($3.68) |
| | | | | | **Ending Mth Balance:** | | ($3.68) |

# Prior Month -- Individual Statement

Date Printed: 11/3/2006

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | ($3.68) |
|-----|-----------|------------|-----|--------|------------------|--|---------|
| 00182713 | DAVIS | DARNELL | A | | | | |
| Current Location: | MEDIUM A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Medical No Sh | | 6/1/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($7.68) |
| Mail MO | CATHERINE MEMMIN | 6/1/2006 | $30.00 | $0.00 | $0.00 | $0.00 | $22.32 |
| Commissary | | 6/13/2006 | ($21.81) | $0.00 | $0.00 | $0.00 | $0.51 |
| Copies | | 6/14/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.51 |
| Copies | | 6/28/2006 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.51 |
| Copies | | 6/28/2006 | ($0.51) | $0.00 | ($0.49) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# **Prior Month -- Individual Statement**

Date Printed: 11/3/2006

## **For Month of July 2006**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 |
|-----|-----------|-----------|----|--------|------------------|---|-------|
| 00182713 | DAVIS | DARNELL | A | | | | |
| Current Location: | MEDIUM A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Reimburseme | MEDICAL | 7/17/2006 | $4.00 | $0.00 | $0.00 | $0.00 | $4.00 |
| Commissary | | 7/18/2006 | ($2.70) | $0.00 | $0.00 | $0.00 | $1.30 |
| Copies | | 7/26/2006 | $0.00 | $0.00 | ($2.25) | $0.00 | $1.30 |
| Postage | | 7/26/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $1.30 |
| Postage | | 7/26/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $1.30 |
| Postage | | 7/26/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $1.30 |
| Copies | | 7/27/2006 | ($0.49) | $0.00 | $0.00 | $0.00 | $0.81 |
| Copies | | 7/27/2006 | ($0.75) | $0.00 | $0.00 | $0.00 | $0.06 |
| Copies | | 7/27/2006 | ($0.06) | $0.00 | ($2.19) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 11/3/2006

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00182713 | DAVIS | DARNELL | A | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|-------------------|--------------|---------|
| Mail MO | CATHERINE MEMMIN | 8/21/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Commissary | | 8/22/2006 | ($16.55) | $0.00 | $0.00 | $0.00 | $3.45 |
| Postage | | 8/29/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $3.03 |
| Postage | | 8/29/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $2.61 |
| Postage | | 8/29/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $2.19 |
| Copies | | 8/29/2006 | ($2.19) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

# Prior Month -- Individual Statement

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 |
|-----|-----------|-----------|-----|--------|------------------|---|-------|
| 00182713 | DAVIS | DARNELL | A | | | | |
| Current Location: | MEDIUM A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Mail MO | LOUISE CANNON | 9/8/2006 | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 |
| Commissary | | 9/12/2006 | ($29.36) | $0.00 | $0.00 | $0.00 | $0.64 |
| Commissary | | 9/19/2006 | ($0.58) | $0.00 | $0.00 | $0.00 | $0.06 |
| Copies | | 9/20/2006 | $0.00 | $0.00 | ($4.00) | $0.00 | $0.06 |
| Copies | | 9/27/2006 | ($0.06) | $0.00 | ($3.94) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 11/3/2006                                                                 Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|-----------|-----|--------|------------------|-------|
| 00182713 | DAVIS | DARNELL | A | | | |
| Current Location: | MEDIUM A | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Visit MO | A. LOVE | 10/3/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| Copies | | 10/4/2006 | $0.00 | $0.00 | ($4.00) | $0.00 | $20.00 |
| Commissary | | 10/10/2006 | ($12.06) | $0.00 | $0.00 | $0.00 | $7.94 |
| Visit MO | SAMANTHA STANLEY | 10/19/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $27.94 |
| Commissary | | 10/24/2006 | ($19.95) | $0.00 | $0.00 | $0.00 | $7.99 |
| Copies | | 10/26/2006 | ($3.94) | $0.00 | $0.00 | $0.00 | $4.05 |
| Copies | | 10/26/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | $0.05 |
| | | | | | Ending Mth Balance: | | $0.05 |