IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


DARNELL A. DAVIS,          )
                          )
        Petitioner,        )
                          )
v.                        )          Civil Action No. 06-709-GMS
                          )
RICHARD KEARNEY,          )
Warden, and CARL C.       )
DANBERG, Attorney         )
General of the State of   )
Delaware,                 )
                          )
        Respondents.       )

## O R D E R

WHEREAS, you have filed a form petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, **you have not indicated the grounds on which you are seeking habeas relief in your form petition**; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of a your petition, you must be given notice that the AEDPA applies to

your pending petition, <u>see</u> <u>United States v. Miller</u>, 197 F.3d 644
(3d Cir. 1999) and <u>Mason v. Meyers</u>, 208 F.3d 414 (3d Cir. 2000).

     NOW, THEREFORE, IT IS ORDERED this 26th day of January,
2007, that, on or before <u>March 1st, 2007</u>, **you must file a
statement asserting your grounds for habeas relief and the
attached election form with the court. Failure to timely return
either document will result in the court's ruling on your pending
petition as filed.**

_____
United States District Judge

**FILED**

JAN 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


DARNELL A. DAVIS,       )
                          )
       Petitioner,     )
                          )
v.                     )     Civil Action No. 06-709-GMS
                          )
RICHARD KEARNEY,     )
Warden, and CARL C.   )
DANBERG, Attorney     )
General of the State of )
Delaware,           )
                          )
       Respondents.   )


**AEDPA ELECTION FORM**


1. _____     I wish the Court to rule on my § 2254 petition as currently pending.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____     I wish the Court to rule on my § 2254 petition as amended by my attached statement alleging my grounds for habeas relief.  I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal

habeas corpus relief.

3. _____    I wish to amend my § 2254 petition to
                include all the grounds I have.  I will
                do so within thirty (30) days.  I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this amended
                all-inclusive petition will be my one
                opportunity to seek federal habeas corpus
                relief.

4. _____    I wish to withdraw my § 2254 petition
                without prejudice to file one all-inclusive
                petition in the future; that is, one
                that raises all the grounds I have for
                federal habeas corpus relief.  I realize
                this all-inclusive petition must be filed
                within the one-year period as defined by
                28 U.S.C. § 2244(d).  <u>See</u> <u>Swartz v. Meyers</u>,
                204 F.3d 417 (3d Cir. 2000).

5. _____    I am not seeking federal habeas corpus
                relief under § 2254.  I am instead seeking
                relief under _____.


                _____
                Petitioner