IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DARNELL A. DAVIS,              )
                               )
        Petitioner,            )
                               )
v.                             )    Civil Action No. 06-709-GMS
                               )
RICHARD KEARNEY,               )
Warden, and CARL C.            )
DANBERG, Attorney              )
General of the State of        )
Delaware,                      )
                               )
        Respondents.           )

FILED
MAR -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AEDPA ELECTION FORM**

1. _____   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish the Court to rule on my § 2254 petition as amended by my attached statement alleging my grounds for habeas relief. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal

habeas corpus relief.

3. ___✓___   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

4. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

5. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____
Petitioner