D.I. #_____

## CIVIL ACTION
## NUMBER:_____06-709 (GMS)_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL 06-709 GMS
Street, Apt. No.; or PO Box No. DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
City, State, ZIP+4 WILMINGTON, DE 19801

7005 1820 0004 3169 7043

PS Form 3800, June 2002          See Reverse for Instructions