D.I. #_____

# CIVIL ACTION
# NUMBER: _____06CV 709_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage             $  4.60
Certified Fee          2.45
Return Reciept Fee     2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $ 9.40

Sent To: WARDEN RICK KEARNEY
         SUSSEX CORRECTIONAL INSTITUTE
Street, Apt No.; P.O. BOX 500
or PO Box No.: GEORGETOWN, DE 19947
City, State, ZIP+4

7003 1680 0002 2585 9103
06-709 GMS
```