IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DARNELL A. DAVIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-709-GMS |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Darnell A. Davis, has applied for federal habeas relief, alleging error by the state courts. D.I. 1. The undersigned filed an answer to the petition on June 8, 2007. D.I. 12.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

3. Due to the large volume of record retrieval recently required by prosecutors in the Appeals Division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before July 9, 2007.

4.　　Respondents submit that an extension of time to July 9, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/Kevin M. Carroll
Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Dated: June 8, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ Kevin M. Carroll</u>
Deputy Attorney General

Counsel for Respondents

Date: June 8, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on June 8, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>   Darnell A. Davis
>   No. 182713
>   Sussex Correctional Institute
>   P.O. Box 500
>   Georgetown, DE 19947

>   /s/Kevin M. Carroll
>   Deputy Attorney General
>   Department of Justice
>   820 N. French Street
>   Wilmington, DE 19801
>   (302) 577-8500
>   Del. Bar. ID No. 4836
>   Kevin.Carroll@state.de.us

Date:  June 8, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DARNELL A. DAVIS,** | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
|     v. | )    Civ.Act.No. 06-709-GMS |
| | ) |
| **THOMAS CARROLL**, Warden | ) |
| and **JOSEPH R. BIDEN III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
|     Respondents. | ) |

### ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before July 9, 2007.

_____
United States District Judge