IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DARNELL A. DAVIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-709-GMS |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file certified state court records. In support thereof, respondents state the following:

1. The petitioner, Darnell A. Davis, has applied for federal habeas relief, alleging error by the state courts. D.I. 1. The undersigned filed an answer to the petition on June 8, 2007. D.I. 12.

2. By the terms of the Court's order, the respondents were directed to file certified copies of the state court records material to the questions raised in the petitioner's case by August 6, 2007.

3. Due to his own heavy case load, the Deputy Attorney General responsible for obtaining the certified state court records has been unable to do so. He informs the undersigned that he anticipates obtaining and copying the records on or before September 5, 2007. This is Respondents' third request for an extension of time to file certified state court records.

4. Respondents submit that an extension of time to September 5, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/Kevin M. Carroll
Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Dated: August 6, 2007

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

<u>/s/ Kevin M. Carroll</u>
Deputy Attorney General

Counsel for Respondents

Date: August 6, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 6, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on August 6, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

        Darnell A. Davis
        No. 182713
        Sussex Correctional Institute
        P.O. Box 500
        Georgetown, DE 19947

                                    /s/Kevin M. Carroll
                                    Deputy Attorney General
                                    Department of Justice
                                    820 N. French Street
                                    Wilmington, DE 19801
                                    (302) 577-8500
                                    Del. Bar. ID No. 4836
                                    Kevin.Carroll@state.de.us

Date:  August 6, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DARNELL A. DAVIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-709-GMS |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before September 5, 2007.

_____
United States District Judge