## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DARNELL A. DAVIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 06-709-GMS |
| | ) |
| **RICHARD KEARNEY**, Warden | ) |
| and **JOSEPH R. BIDEN III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only.

    a. Opening Brief & Appendix (No. 292, 1999)

    b. State's Motion to Affirm and Appendix (No. 292, 1999)

    c. Order (October 4, 1999) (No. 292, 1999)

    d. Report of Findings Upon Remand (October 18, 1999)

    e. Order (November 17, 1999) (No. 292, 1999)

2. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been filed and are available in paper form only

    a. Opening Brief and Appendix (No. 478, 2004)

    b. State's Response and Appendix (No. 478, 2004)

    c. Order (September 19, 2005) (No. 478, 2004).

/s/Kevin M. Carroll
Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Dated: September 12, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on September 12, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on September 12, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

        Darnell A. Davis
        No. 182713
        Sussex Correctional Institute
        P.O. Box 500
        Georgetown, DE 19947

                                                /s/Kevin M. Carroll
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 577-8500
                                                Del. Bar. ID No. 4836
                                                Kevin.Carroll@state.de.us

Date: September 12, 2007