IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DARNELL A. DAVIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 06-709-GMS |
| | ) | |
| **RICHARD KEARNEY**, Warden | ) | |
| and **JOSEPH R. BIDEN III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following of the Delaware Superior Court documents have been filed and are available in paper form only.

    a. Criminal Docket Sheet in ID. No. 0307017279A

    b. Information

    c. Motion for Postconviction Relief

    d. Order Denying Motion for Postconviction Relief

                                                  /s/Kevin M. Carroll
                                                   Kevin M. Carroll
                                                   Deputy Attorney General
                                                   Department of Justice
                                                   820 N. French Street
                                                   Wilmington, DE 19801
                                                   (302) 577-8500
                                                   Del. Bar. ID No. 4836
                                                   Kevin.Carroll@state.de.us

Dated: September 18, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 18, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on September 18, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

        Darnell A. Davis
        No. 182713
        Sussex Correctional Institute
        P.O. Box 500
        Georgetown, DE 19947

        /s/Kevin M. Carroll
        Deputy Attorney General
        Department of Justice
        820 N. French Street
        Wilmington, DE 19801
        (302) 577-8500
        Del. Bar. ID No. 4836
        Kevin.Carroll@state.de.us

Date: September 18, 2007