## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DARNELL A. DAVIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 06-709-GMS |
| | ) |
| **RICHARD KEARNEY**, Warden | ) |
| and **JOSEPH R. BIDEN III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following of the Delaware Superior Court documents have been filed and are available in paper form only.

    a. Amended Information in ID. No. 0307017279A

/s/Kevin M. Carroll
Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Dated: September 21, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 21, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on September 21, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

        Darnell A. Davis
        No. 182713
        Sussex Correctional Institute
        P.O. Box 500
        Georgetown, DE 19947

        /s/Kevin M. Carroll
        Deputy Attorney General
        Department of Justice
        820 N. French Street
        Wilmington, DE 19801
        (302) 577-8500
        Del. Bar. ID No. 4836
        Kevin.Carroll@state.de.us

Date:  September 21, 2007